# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SABINE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv640-MHT |
| | ) | (WO) |
| ALABAMA STATE UNIVERSITY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that defendants' motion to dismiss (doc. no. 11) is granted as follows:

(1) Defendants Willie E. Dixon, Cheryl Easley, Richard Gilpin a/k/a Robert Gilpin, Alfreda Green, Karyn S. Gunn, Brenda Hunter, Jeff Langham, Tiffany McCord, Angela D. McKenzie, Ralph Ruggs, and Herbert Young are dismissed and terminated as parties. Only Alabama State University remains as a defendant under Title VII.

(2) Defendant Leon C. Wilson is dismissed to the extent he is sued under Title VII; he is dismissed in

his official capacity to the extent he is sued under 42 U.S.C. § 1983; and he remains a defendant in his individual capacity under § 1983.

DONE, this the 25th day of September, 2019.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE