IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SABINE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv640-MHT |
| | ) | (WO) |
| ALABAMA STATE UNIVERSITY | ) | |
| and LEON C. WILSON, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss, or in the alternative, motion to compel discovery, be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 39) is adopted.

(2) Defendants' motion to dismiss, or in the alternative, motion to compel discovery (Doc. 37) is denied.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE