IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SABINE SIMMONS,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
|     v.    ) | 2:18cv640-MHT |
| ) | (WO) |
| ALABAMA STATE UNIVERSITY    ) | |
| and LEON C. WILSON,    ) | |
| ) | |
|     Defendants.    ) | |

ORDER

Pursuant to the court's previous order (Doc. 69), it is ORDERED that defendants' additional briefing (Doc. 75) is construed as a motion for summary judgment as to plaintiff's Family and Medical Leave Act claim as it is against BOTH defendants.  *See* Brief (Doc. 75) and n. 1 (which contends there is no individual liability as to defendant Leon C. Wilson.)  The remaining deadlines set forth in the court's prior order (Doc. 69) are unchanged: plaintiff is allowed until August

12, 2021, to respond, and defendants are allowed until August 16, 2021, to file a reply.

DONE, this the 6th day of August, 2021.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE