IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SABINE SIMMONS,                   )
                                  )
     Plaintiff,                   )
                                  )    CIVIL ACTION NO.
     v.                           )      2:18cv640-MHT
                                  )          (WO)
ALABAMA STATE UNIVERSITY          )
and LEON C. WILSON,               )
                                  )
     Defendants.                  )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants Alabama State University and Leon C. Wilson's motion for summary judgment (Doc. 75) is granted.

(2) Judgment is entered in favor of defendants Alabama State University and Wilson and against plaintiff Sabine Simmons, with plaintiff Simmons taking nothing by her complaint.

    (3) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Simmons, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2021.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**